1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN YOUNG, | ) | CASE NO. CV 07-3190 RSWL (RZx) |
| | ) | *[Case Assigned to the Honorable Ronald S.W. Lew, Courtroom 21]* |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | [~~PROPOSED~~] PROTECTIVE ORDER |
| | ) | |
| ARON WOLFE, SR. DEP. SHANNON, DEP. MICHAEL SMITH, DEP. CHRISTINA MARTINEZ, DEP. ALBIZURES, DEP. HERSON, SGT. MIGUEL MEJIA, DEP. ROBERT OCHOA, DOYLE R. CAMPBELL, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, JOHN L. SCOTT, DENNIS A. CONTE, JOHN VANDER HORCK, DENNIS H. BURNS, KENNETH J. BRAZILE, LEE C. MCCOWN, LEE BACA, JOHN DOE and TEN UNKNOWN NAMED DEFENDANTS, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Complaint Filed:** 06/08/07<br><br>**TRIAL DATE:** 09/01/09<br><br>NOTE: CHANGES MADE BY THE COURT |
| Defendants. | ) ) | |

/ / /

*SMW\O:\RZ\ECF READY\YOUNG CV07-3190 PROPOSED PROTECTIVE ORD.DOC*

**Collins Collins Muir + Stewart LLP**
1100 El Centro Street
Post Office Box 250
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

1

**[PROPOSED] PROTECTIVE ORDER**

1 | The Parties' Stipulation and [Proposed] Protective Order has come before this Court.

2 | The Court hereby grants the Parties' Request for Protective Order precluding publication and limiting the use of documents and information identified herein which contain confidential and privileged information, concerning the information set forth in Paragraph 1 below:

1. Information in the personnel files of Defendants ARON WOLFE, MIGUEL MEIJA, CRISTINA MARTINEZ, MICHAEL SMITH, HERSON ALBIZURES, ROBERTO OCHOA (hereinafter collective "DEPUTY DEFENDANTS") regarding citizen's complaints, including complaints initiated by inmates and other law enforcement personnel, within the last ten years which assert any of the following allegations: use of excessive force; racial discrimination; fabrication of probable cause; planting of evidence; concealment of evidence; false arrest; improper detention; authoring of false police reports or other official report; perjury; or fabrication of confessions or admissions.

2. Good cause exists for issuance of a protective order pursuant to Federal Rule of Civil Procedure Rule 26(c) to facilitate the production of documents and information responsive to the discovery requests of Plaintiff JOHN YOUNG (hereinafter "PLAINTIFF") and to balance the privacy interests and protection of information of DEPUTY DEFENDANTS that is protected by California *Evidence Code* §§ 1040 et seq. and the official information privilege (*Sanchez v. City of Santa Ana*, 936 F.2d 1027, 1033 (9th Cir. 1990)).

IT IS ~~FURTHER~~ ORDERED THAT:

3. The information and/or documentation referred to in paragraph 1 above will be referred to collectively as the "CONFIDENTIAL INFORMATION." The Court orders that the CONFIDENTIAL INFORMATION be released to PLAINTIFF's counsel for purposes of litigation in this matter. Such CONFIDENTIAL INFORMATION shall be used in this litigation as follows:

Collins Collins Muir + Stewart LLP
1100 El Centro Street
Post Office Box 250
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

*SMW\O:\RZ\ECF READY\YOUNG CV07-3190 PROPOSED PROTECTIVE ORD.DOC*
2
**[PROPOSED] PROTECTIVE ORDER**

a. CONFIDENTIAL INFORMATION and the information contained therein shall be used solely in connection with this litigation and the preparation of this case, or any related appellate proceeding, and not for any other purpose, including any other litigation or administrative proceedings.  Further, CONFIDENTIAL INFORMATION and the information contained therein shall not be disclosed to PLAINTIFF or his family;

b. CONFIDENTIAL INFORMATION produced in this action may be designated by DEPUTY DEFENDANTS by marking each page of the document(s) with a stamp stating "CONFIDENTIAL";

c. Under no circumstances shall the CONFIDENTIAL INFORMATION, or the information contained therein, be retained, compiled, stored, used as a database, or disseminated, in any form, except for purposes of this litigated matter in accordance with this Protective Order or by further order of the Court;

d. DEPUTY DEFENDANTS reserve all objections, including but not limited to the following objections: on grounds that particular documents are CONFIDENTIAL by the attorney-client and/or the attorney work product doctrine; official information privilege; are not likely to lead to the discovery of admissible evidence, and as such are not relevant to the causes of action raised by this lawsuit under Federal Rules of Civil Procedure, Rule 26(a)(1)(A)(B); and all remedies under the code, including the right to recess the deposition to bring a protective order before the Court;

e. PLAINTIFF reserves all rights and remedies under the Federal Rules of Civil Procedure and the Federal Rules of Evidence pertaining to discovery;

f. CONFIDENTIAL INFORMATION and the information contained

Collins Collins Muir + Stewart LLP
1100 El Centro Street
Post Office Box 250
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

therein may not be disclosed, except as set forth in paragraph 2(g) below;

g. CONFIDENTIAL INFORMATION and the information contained therein may only be disclosed to the following persons:

  i. Counsel for PLAINTIFF.

  ii. Paralegal, law clerk, stenographic, clerical and secretarial personnel regularly employed by counsel referred to in paragraph 2(g)(i) above.

  iii. Court personnel, including stenographic reporters, necessary for the preparation and processing of this action.

  iv. Any individual approved by the Court.

h. CONFIDENTIAL INFORMATION shall not be divulged to any other person or entities, including the print, radio, television media;

i. CONFIDENTIAL INFORMATION shall not be posted on the internet or on any website;

j. If CONFIDENTIAL INFORMATION is included in any papers to be filed in Court, such papers shall be labeled "Confidential – Subject to Court Order" and filed under seal until further order of the Court;

k. In the event that any of the CONFIDENTIAL INFORMATION is used in any Court proceeding in this action, it shall not lose its confidential status through such use, and the party using CONFIDENTIAL INFORMATION shall take all reasonable steps to maintain its confidentiality during such use; and

l. Nothing in paragraph 2(c) is intended to prevent authorized government officials for the County of Los Angeles from having access to the documents if they had access in the normal course of their job duties;

*SMW\O:\RZ\ECF READY\YOUNG CV07-3190 PROPOSED PROTECTIVE ORD.DOC*

**Collins Collins Muir + Stewart LLP**
1100 El Centro Street
Post Office Box 250
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

4

**[PROPOSED] PROTECTIVE ORDER**

4.     PLAINTIFF, PLAINTIFF's Counsel, DEPUTY DEFENDANTS, and DEPUTY DEFENDANTS' Counsel shall cause the substance of this Protective Order to be communicated and obtain agreement to abide by the Protective Order to each person whom CONFIDENTIAL materials are revealed in accordance with this Order.

5.     After completion of the judicial process in this case, including any appeals or other termination of this litigation, all CONFIDENTIAL INFORMATION received under the provisions of this Order and copies thereof shall be destroyed or returned to the attorneys of record for DEPUTY DEFENDANTS, Collins Collins Muir + Stewart LLP, 1100 El Centro Street, South Pasadena, CA 91030.  The provisions of this Order shall be in effect until further order of this Court.

6.     Any counsel, expert or consultant retained in the instant case or investigator retained by counsel for any party to this case, shall not disclose the CONFIDENTIAL INFORMATION or the information contained therein in any other court proceeding subject to further order of this Court.

7.      Provisions of this Order insofar as they restrict disclosure and the use of material shall be in effect until further order of this Court.

This Protective Order shall govern discovery and material submitted in connection with non-dispositive motions only.  If protection is sought for material submitted in connection with dispositive motions or trial, an additional application must be filed with the judicial officer who will preside over those proceedings.

DATED:  May 01, 2009                              _____
                                                  RALPH ZAREFSKY
                                                  Magistrate of the United States District Court

**Collins Collins Muir + Stewart LLP**
1100 El Centro Street
Post Office Box 250
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

*SMW\O:\RZ\ECF READY\YOUNG CV07-3190 PROPOSED PROTECTIVE ORD.DOC*

5

**[PROPOSED] PROTECTIVE ORDER**