Tomas A. Guterres, Esq. (State Bar No. 152729)
Catherine M. Mathers, Esq. (State Bar No. 221983)
Christie Bodnar Swiss, Esq. (State Bar No. 245151)
**COLLINS COLLINS MUIR + STEWART LLP**
1100 El Centro Street
South Pasadena, CA  91030
(626) 243-1100 – FAX (626) 243-1111
EMAIL:  cmathers@ccmslaw.com

JS-6

Attorneys for Defendants CRISTINA MARTINEZ, ROBERTO OCHOA, MICHAEL SMITH, and ARON WOLFE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN YOUNG,<br><br>               Plaintiff,<br><br>      vs.<br><br>ARON WOLFE, SR. DEP. SHANNON, DEP. MICHAEL SMITH, DEP. CHRISTINA MARTINEZ, DEP. ALBIZURES, DEP. HERSON, SGT. MIGUEL MEJIA, DEP. ROBERT OCHOA, DOYLE R. CAMPBELL, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, JOHN L. SCOTT, DENNIS A. CONTE, JOHN VANDER HORCK, DENNIS H. BURNS, KENNETH J. BRAZILE, LEE C. MCCOWN, LEE BACA, JOHN DOE and TEN UNKNOWN NAMED DEFENDANTS, inclusive,<br><br>               Defendants. | **CASE NO. CV 07-3190 RSWL (RZx)**<br>*[Assigned to the Hon. Ronald S.W. Lew, Courtroom 21]*<br><br>**[PROPOSED] JUDGMENT ON THE VERDICT FOR DEFENDANTS** |

///

\O:\RSWL\ECF READY\[PROPOSED] JUDGMENT ON THE VERDICT.DOC

1

**[PROPOSED] JUDGMENT ON THE VERDICT FOR DEFENDANTS**

This action came on regularly for trial on September 8, 2009, before the Honorable Ronald S.W. Lew in Courtroom 21 of the United States District Court for the Central District of California.  Plaintiff John Young appeared by attorney Jeff Price. Defendants Cristina Martinez, Roberto Ochoa, Michael Smith, and Aron Wolfe appeared by attorney Catherine M. Mathers of Collins Collins Muir + Stewart LLP.

A jury of seven persons was regularly impaneled and sworn.  Witnesses were sworn and testified.

After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on special issues.  The jury deliberated and thereafter returned into court with its verdict as follows:

"We, the jury in the above-entitled action, find the following Verdict on the questions submitted to us:

**VIOLATION OF CIVIL RIGHTS – EXCESSIVE FORCE**

**QUESTION NO. 1:** By a preponderance of the evidence, did each individual Defendant inflict excessive force on Plaintiff John Young?

Cristina Martinez:    Yes ____    No  X

Roberto Ochoa:        Yes ____    No  X

Michael Smith:        Yes ____    No  X

Aron Wolfe:           Yes ____    No  X

If your answer to Question No. 1 is yes as to any Defendant, then answer Question No. 2.  If you answered no to all Defendants, stop here, answer no further questions, and have the presiding juror sign and date this form.

**QUESTION NO. 2:** Did Plaintiff suffer harm as a result of the violation of civil rights?

Yes ____    No ____

1   If your answer to Question No. 2 is yes, then answer Question No. 3.  If you
2   answered no, stop here, answer no further questions, and have the presiding juror sign
3   and date this form.
4   **QUESTION NO. 3:**  What are Plaintiff's damages?
5   $_____.

7   DATED:  9/10/09                              __NAME REDACTED BY COURT__
8                                                              Presiding Juror"

10   It appearing by reason of said verdict, that Defendants Cristina Martinez, Roberto
11   Ochoa, Michael Smith, and Aron Wolfe are entitled to judgment against Plaintiff John
12   Young.
13   NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that
14   Plaintiff John Young recover nothing by reason of his Complaint and that Judgment
15   shall be, and hereby is, entered in favor of Defendants Cristina Martinez, Roberto
16   Ochoa, Michael Smith, and Aron Wolfe and against Plaintiff John Young.

18   Dated: September 23, 2009          _____RONALD S.W. LEW_____
19                                                              Honorable Ronald S.W. Lew
                                                                United States District Judge

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

\O:\RSWL\ECF READY\[PROPOSED] JUDGMENT ON THE VERDICT.DOC

3

[PROPOSED] JUDGMENT ON THE VERDICT FOR DEFENDANTS