JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN YOUNG, <br><br> Plaintiff, <br><br> vs. <br><br> ARON WOLFE, MICHAEL SMITH, CRISTINA MARTINEZ, AND ROBERTO OCHOA, <br><br> Defendants. | CASE NO. CV 07-3190 RSWL (RZx) <br> *[Assigned to the Hon. Ronald S.W. Lew, Courtroom 21]* <br><br> **JUDGMENT ON THE VERDICT FOR DEFENDANTS** <br><br> **Complaint Filed:** 06/08/07 <br> **TRIAL DATE:** 07/30/13 |

On September 25, 2012, Defendants Aron Wolfe, Michael Smith, Cristina Martinez, and Roberto Ochoa filed a Motion for Partial Summary Judgment in this matter as to Plaintiff John Young's malicious prosecution claims. After reviewing the moving and opposing papers and evidence submitted by the parties, this Court took the motion under submission on November 8, 2012. On December 3, 2012, this Court granted the Defendants' Motion for Partial Summary Judgment as to the malicious prosecution claims.

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

1

**JUDGMENT ON THE VERDICT FOR DEFENDANTS**

This action came on regularly for trial as to the sole remaining claims against Defendants for alleged violation of Plaintiff's civil right to be free from excessive force on July 30, 2013, before the Honorable Ronald S.W. Lew in Courtroom 21 of the United States District Court for the Central District of California. Plaintiff John Young appeared by attorney Jeff Price. Defendants Cristina Martinez, Roberto Ochoa, Michael Smith, and Aron Wolfe appeared by attorneys Catherine M. Mathers and Christie Bodnar Swiss of Collins Collins Muir + Stewart LLP.

A jury of seven persons was regularly impaneled and sworn. Witnesses were sworn and testified.

After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on special issues. The jury deliberated and thereafter returned into court with its verdict as follows:

"We, the jury in the above-entitled action, find the following Verdict on the questions submitted to us:

### VIOLATION OF CIVIL RIGHTS – EXCESSIVE FORCE

**QUESTION NO. 1:** By a preponderance of the evidence, did each individual Defendant inflict excessive force on Plaintiff John Young?

| | | |
|---|---|---|
| Cristina Martinez: | Yes ____ | No _X_ |
| Roberto Ochoa: | Yes ____ | No _X_ |
| Michael Smith: | Yes ____ | No _X_ |
| Aron Wolfe: | Yes ____ | No _X_ |

If your answer to Question No. 1 is yes as to any Defendant, then answer Question No. 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

**QUESTION NO. 2:** Did Plaintiff suffer harm as a result of the violation of civil rights?

1     Yes \_\_\_\_   No \_\_\_\_

2 ///

3     If your answer to Question No. 2 is yes, then answer Question No. 3.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

**QUESTION NO. 3:** What are Plaintiff's damages?

$_____.

Dated:  8-1-13            <u>REDACTED BY COURT AS TO</u>

                                         <u>FOREPERSON SIGNATURE</u>

                                         Foreperson"

    It appearing by reason of said verdict, that Defendants Cristina Martinez, Roberto Ochoa, Michael Smith, and Aron Wolfe are entitled to judgment against Plaintiff John Young,

    NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Plaintiff, John Young, take nothing; that the action be dismissed on the merits; and that the Defendants recover from Plaintiff their costs of action, taxed in the sum of an amount to be determined upon the filing of the appropriate motion.

DATED: August 13, 2013          /s/Ronald S. W. Lew
                                       Hon. Ronald S.W. Lew
                                       U.S. DISTRICT JUDGE

**Collins Collins Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax      (626) 243-1111

**JUDGMENT ON THE VERDICT FOR DEFENDANTS**