JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN YOUNG, | CV 07-03190-RSWL-AJWx |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ARON WOLFE and ROBERTO OCHOA, | |
| Defendants. | |

**WHEREAS**, on March 21, 2017, this action came on for trial before the Court and a jury, the Honorable Ronald S.W. Lew, presiding. The issues having been duly tried and the jury having duly rendered its verdict,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED:**

That judgment is entered in favor of Plaintiff, John Young, and against Defendant, Aron Wolfe, for violations of rights under 42 U.S.C. § 1983, to recover the sum of $350,000, with interest thereon at the rate provided by law;

That judgment is entered in favor of Defendant, Roberto Ochoa, and against Plaintiff, John Young.

| | |
|---|---|
| 1 | This action is hereby dismissed in its entirety.  Any |
| 2 | attorney's fees or costs to be awarded to any party |
| 3 | will be addressed in a separate order by the Court upon |
| 4 | receipt of a motion by any party. |
| 5 | **IT IS SO ORDERED.** |

DATED: April 26, 2017       s/ RONALD S.W. LEW

            **HONORABLE RONALD S.W. LEW**
            Senior U.S. District Judge