# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN YOUNG, <br><br> Plaintiff, <br><br> v. <br><br> ARON WOLFE; and ROBERTO OCHOA, <br><br> Defendants. | CV 07-03190-RSWL-AJWx <br><br> **AMENDED JUDGMENT** |

**WHEREAS**, this Action came on regularly for trial on March 21, 2017, in Courtroom 6C of the United States District Court for the Central District of California, the Honorable Ronald S.W. Lew, presiding, Plaintiff John Young ("Plaintiff") appearing by and through his attorney of record, Jeff Dominic Price, and Defendant Aron Wolfe appearing by and through his attorneys of record, Tomas A. Guterres and Christie Bodnar Swiss, of Collins Collins Muir + Stewart, LLP. The jury awarded Plaintiff $350,000.00 in total damages. On April 18, 2018, the parties and County of Los Angeles filed a stipulation requesting a complete resolution of the

total amount of the judgment, interest, and award of costs and attorney's fees, in the form of a judgment against the County of Los Angeles, in the total amount of $583,197.79, inclusive of all damages, interest, attorney's fees, and costs, and sealing of the attorney's fees motion and related documents, CM/ECF Document Numbers 409, 412, 415, 416, and 421 and pages 3-34 of Document Number 424. Further, pursuant to the parties' stipulation, the global resolution and complete satisfaction of the judgment does not constitute and shall not be deemed as an admission of liability, including any act, omission, or damages of any party. Pursuant to the stipulation of the parties, and good cause appearing therefor,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff shall have and recover from the County of Los Angeles the total sum of $583,197.79, said amount to be inclusive of all damages, interest, attorney's fees, and costs to be paid in accordance with the terms of the Settlement Agreement dated March 8, 2018; the Clerk shall seal the following documents: Document Numbers 409, 412, 415, 416, and 421 and pages 3-34 of Document Number 424.

**IT IS SO ORDERED.**

DATED: May 10, 2018        s/ RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge